B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Western District of Texas | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>New Austin Plumbing Supply, Ltd. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>aka Austin Plumbing Supply | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):   EIN: 42-1543856 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State)<br>5520 Burnet Road<br>Austin, TX     ZIPCODE 78756 | Street Address of Joint Debtor (No. and Street, City, and State<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Travis | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>APS C/O William Sullivan<br>3501 Day Star Cove<br>Austin, TX     ZIPCODE 78746 | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):     ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [✓] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Nature of Business**
(Check one box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other
  Retail Plumbing Supply

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [✓] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts

**Filing Fee** (Check one box)

- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only)  Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/1/13 and every three years thereafter).*

- - - - - - - - - - - - - - - - - - - - - - - - -
Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [✓] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31011-301X-00110 - Adobe PDF

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>New Austin Plumbing Supply, Ltd. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  NONE | Case Number: | Date Filed: |
| Location<br>Where Filed:  N.A. | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:  NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐  Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)          Date |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐  Yes, and Exhibit C is attached and made a part of this petition. |
| ☑  No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐  Landlord has a judgment for possession of debtor's residence.  (If box checked, complete the following.) |
| _____<br>(Name of landlord that obtained judgment) |
| _____<br>(Address of landlord) |
| ☐  Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)). |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>New Austin Plumbing Supply, Ltd. |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
   Telephone Number (If not represented by attorney)

_____
   Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐    I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐    Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

_____
   (Printed Name of Foreign Representative)

_____
   (Date)

### Signature of Attorney*

X   /s/ John W. Alvis
   Signature of Attorney for Debtor(s)

   JOHN W. ALVIS 01130000
   Printed Name of Attorney for Debtor(s)

   Firm Name

   PO Box 1068
   Address

   San Marcos, TX 78667-1068

   512.350.8144   alvislaw@aol.com
   Telephone Number             e-mail

   June 20, 2011
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ William W. Sullivan, Jr.
   Signature of Authorized Individual

   WILLIAM W. SULLIVAN, JR.
   Printed Name of Authorized Individual

   Manager of General Partner
   Title of Authorized Individual

   June 20, 2011
   Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31011-301X-00110 - Adobe PDF

**WRITTEN CONSENT OF ALL PARTNERS**
**OF NEW AUSTIN PLUMBING SUPPLY, LTD.**
**TO PARTNERSHIP'S FILING OF BANKRUPTCY CASE**

      New Austin Plumbing Supply GP, LLC (the "Company"), the sole General Partner of New Austin Plumbing Supply, Ltd. (the "Partnership"), acting herein by and through William W. Sullivan, Jr. and Terri M. Sullivan, the sole Managers of the Company, and William W. Sullivan, Jr. and Terri M. Sullivan, acting individually as the sole Limited Partners of the Partnership, hereby consent to the Partnership's filing of a Chapter 7 bankruptcy case.

      IN WITNESS WHEREOF, the undersigned have executed this consent to be effective as of June 8, 2011.

NEW AUSTIN PLUMBING SUPPLY GP, LLC,
GENERAL PARTNER

By: William W. Sullivan, Jr., Manager

By: Terri M. Sullivan, Manager

William W. Sullivan, Jr., Limited Partner

Terri M. Sullivan, Limited Partner

## WRITTEN CONSENT OF MANAGERS
## OF NEW AUSTIN PLUMBING SUPPLY GP, LLC

William W. Sullivan, Jr. and Terri M. Sullivan, being the sole Managers of New Austin Plumbing Supply GP, LLC (the "Company"), the sole General Partner of New Austin Plumbing Supply, Ltd. (the "Partnership"), pursuant to the Texas Limited Liability Company Act and waiving all required notice in connection herewith, hereby adopt the following resolution and direct that a copy hereof be filed with the minutes of the proceedings of the Managers of the Company:

RESOLVED, that each Manager of the Company, acting alone and without necessity for the joinder of the other Manager of the Company, acting in its capacity as the sole General Partner of the Partnership, is authorized to consent to the Partnership's filing of a Chapter 7 Bankruptcy Case, and to take all action and sign whatever documents as, in the opinion of counsel, may be necessary to effectuate the Partnership's filing of a Chapter 7 bankruptcy case and the prosecution thereof to conclusion.

IN WITNESS WHEREOF, the undersigned have executed this consent to be effective as of June 8, 2011.

MANAGERS:

William W. Sullivan, Jr.

Terri M. Sullivan

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

In re

NEW AUSTIN PLUMBING SUPPLY, LTD.,                    CASE NO. 11-
                                                     CHAPTER 7
                                    Debtor.


**Verification Of List Of Creditors**


       I hereby certify under penalty of perjury that the attached List Of Creditors is true,

correct and complete to the best of my knowledge.


Date:  <u>June 20, 2011</u>

Signature
Of Debtor    <u>*/s/ William W. Sullivan, Jr.*</u>
                William W. Sullivan, Jr., Manager,
                General Partner of Debtor and
                Authorized Representative

John W. Alvis
100 Congress Ave., 20th Fl., Austin, Texas
MAILING ADDRESS:
PO Box 1068
San Marcos, TX 78667-1068
(512) 350-8144
1+(512) 393-3356 - Fax
Email: alvislaw@aol.com

ABC Pest Control
9475 E. Highway6 290
Austin, TX 78724-2303


Advanced Business Products
9600 Kearny Villa
San Diego, CA 92126


Advanta
PO Box 8088
Philadelphia, PA 19101-8088


Advanta
PO Box 9217
Bethpage, NY 11804


Aflac
1932 Wynnton Rd.
Columbus, GA 31993-8601


Alan Friedman
4211 Versailles
Dallas, TX 75205


Albert Shen Homes
80705 Shoal Creek #208
Austin, TX 78757


American Express
PO Box 981535
El Paso, TX 79998-1535


American Express Merchant Serv
PO Box 981540
El Paso, TX 79998-1540


American West
PO Box 130906
St. Paul, MN 55113-0008


Americh Corporation
13212 Saticoy
North Hollywood, CA 91605


Another Greathouse
1708 Cullen
Austin, TX 78757


Aquatic Industries
8101 E. Kaiser #200
Anaheim, CA 92808

Arbor Car Wash
10401 Jollyville
Austin, TX 78759


Arias, Eduardo
2683 Bradley
Round Rock, Tx 78664


Artisan Manufacturing Corp.
237 Frelinghuysen
Newark, NJ 07114


Ashley Norton
210 West Pkwy Suite I
Pompton Plains, NJ 07444


Ashlock, Gene
930 S. Bell
Cedar Park, TX 78613


Atlas Housewares
1310 Cypress
Los Angeles, CA 90065


ATT
PO Box 5001
Carol Stream, IL 60197-5001


ATT Yellow Pages
PO Box 5010
Carol Stream, IL 60197


Attorney General of U.S. - SBA
Main Justice Bldg, Rm 5111
10th & Constitution Ave N.W.
Washington, D.C. 20530


Austin Typewriter & Computer, Inc.
116 E. Huntland Drive
Austin, TX 78752


Avery, Michele
300 San Gabriel Village
Georgetown, TX 78626


AYR1Shop
6909 E. Greenway Pkwy #250
Scottsdale, AZ 85254

Baci by Remcraft
12870 NW 45th
Miami, FL 33054

Bagwell, Todd
76 St. Stephens
Austin, Texas 78746

Bain Ultra
956 Chemin Olivier
Saint-Nicolas
Quebec, Canada G7A2N1

Ballaron, Charlene
6507 Santolina Cove
Austin, TX 78731

Banister Homes
5450 Bee Caves Suite 1A
Austin, TX 78746

Bank of America
PO Box 15027
Wilmington, DE 19850-5027

Bank of America
PO Box 15184
Wilmington, DE 19850-5184

Banks, Randall
8703 Millway
Austin,TX 78757

Barton, Evan
804 Williams
Copperas Cove, TX 76522

Bates & Bates
7310 Alondra
Paramount, CA 90723

Beck, Sue
11614 Sherwood Forest
Austin, TX 78759

Belden, Susan & Chris
4610 High Gate
Austin, TX 78730

Bellm, Jerri
903 W. 15th

Austin, TX 78701

Bellm, Brent
c/o Home Away
1011 W. 5th
Austin, TX 78703

Bernal, Eddie
1206 W. 38th Street
Austin, TX 78705

Bernard, Kelly
12318 Havelock
Austin, TX 78759

Billups, LeAnn
1805 Brookhaven
Austin, TX 78704

Bingham, Susan
2430 Guenther
La Grange, TX 78945

Blaine, Edward
c/o Rainer Management
PO Box 4458
Austin, TX 78765

Blanchette, Mary Lou & Michel
11211 Apple Tree Lane
Austin, TX 78726

Blanco
110 Mount Holly By-pass
Lumberton, NJ 08048

Blue Cross/Blue Shield of Texas
PO Box 660049
Dallas, TX 75266-0049

Bo Bezdek Builder
15504 Sutton
Austin, TX 78734

Bockstanz, Lori
1202 Echo
Austin, TX 78745

Bohls, David
12803 Scissortail
Manchaca, TX 78652

Bonus Building Care
3007 Longhorn #100
Austin, TX 78758


Bouvet
1060 Illinois St.
San Francisco, CA 94107


Brennan Remodeling
211 Esparada
Georgetown, TX 78628


Brimberry, Virginia & Mike
2308 Farmington Court
Cedar Park, TX 78613


Broadcast Marketing & Enter.
720 Brooker Creek Blvd #215
Oldsmar, FL 34677


Brown, Donna & Gilbert
c/o Kettler-Austin, Inc.
2721 Trail of the Madrones
Austin, TX 78746


Brown, Donna & Gilbert
13500 Constellation
Manor, TX 78653


Brown, Eden & Brad
404 W. 55
Austin, TX 78751


Brown, Jimmy
452 Spiller Lane
Austin, TX 78746


Bruce Bernard
Luminex Corporation
12212 Technology Blvd
Austin, TX 78727


Butler Brothers
4605 Post Oak Pl #107
Houston, TX 77027


Butterfield, Lisa A
619 Vista View Trail
Spicewood, TX 78669-8435

Canon, Ann & Robert
2422 Woolridge
Austin, TX 78703-2534


Capital Hills Development Corp.
PO Box 160
Round Rock, TX 78680


Castelluccio, Melissa & Scott
2302 Bonita
Austin, TX 78703-1706


CB/USA
8614 Westwood Cntr #540
Vienna, VA 22182


Central Brass MFG
PO Box 634315
Cinncinnati, OH 45263-4315


Chase
PO Box 15298
Wilmington, DE 19850-5298


Chiapetta, Vanessa
4520 Eagle Feather Drive
Austin, TX 78735


Chris Eve Dunlap Designers
10910 River Terrace Circle
Austin, TX 78733


Christensen Leslie
5609 Shady Oak Court
Austin, TX 78756


Chupik Properties and Design
PO Box 50562
Austin, TX 78763


Cintas
PO Box 630921
Cincinnati, OH 45263-0921


Citibank
PO Box 6235
Sioux Falls, SD 57117-6235


City of Austin
PO Box 2267

Austin, TX 78783

Clawson Custom Builders, Inc.
2302 Nachez trail
Austin, TX 78734

Clements, Tony
1000 Gotier Trace
Paige, TX 78659

Cobalt Industrial REIT
Attn: Asset Manager
5605 N. MacArthur #350
Irving, TX 75038

Coburn Supply-Jasper
470 Springhill
Jasper, TX 75951

Cogswell, Lillie
600 Deer Run
Wimberley, TX 78676

Conder, Lauren
2031 Wimberly Lane
Austin, TX 78735

Cordes, Toni and Robert
6105 Marquesa
Austin, TX 78731

Coy, Alan
5108 Waterbrook
Austin, TX 78723

Creative Plant Designs
5613 Adams Ave.
Austin, TX 78756

Crenshaw Alarm & Signal Corp.
21321 Noack HL
Spicewood, TX 78669-6444

Dahmen Brothers Construction
1609 S. 3rd
Austin, TX 78704

Danze
5674 Payshere Cir.
Chicago, IL 60674

Davis, Tommy
2721 N. River Hills Rd.
Austin, TX 78733


DC Professional Solutions, LLC
9403 El Rey
Austin, TX 78737


De Lauro Design
4411 Spicewood Springs #510
Austin, TX 78759


De,kor/Jonah Yokubaitis
1044 Liberty Park
Austin, TX 78746


Deco Lav, Inc.
424 SW 12th Avenue
Deerfield Beach, FL 33442


Denio's Inc.
850 North Hwy 77
Cameron, TX 76520


Denison, Cathy & Chris
c/o Jim Rush Green Builder
131 Red Hump
Elgin, TX 78621


DFB Construction
15812 Ray Vista Street
Leander, TX 78641


Digital Exposure
11421 Viridian Way
Austin, TX 78739


Doubleday, Marjorie
8907 Chester Forest
Austin, TX 78729


Draker, Karen and Joe
1506 Westlake
Austin, TX 78746


Dryden, Hunter
4401 Long Champ
Austin, TX 78746


Dubose, Barbara

1246 County Road 943
Waelder, TX 78959


Durrett Interests, LLC
3500 Jefferson #305
Austin, TX 78731


Eagle Plumbing
9206 Quail Hill Circle
Austin, TX 78758


Ebbe
PO Box 160496
Clearfield, UT 84016


Economy Supply
600 E. Arapho
Richardson, TX 75081


Eemax
353 Christian St.
Oxford, CT 06478


Egan, James
c/o Troux Technologies
8601 RR 2222 #3-300
Austin, TX 78730


Ellis and Salazar
4501 South Congress
Austin, TX 78745


Emtek
15250 E. Stafford
City of Industry, CA 91744


Enviromental Water Sys, Inc
9101 West Sahara Ave.
Suite 105-J8
Las Vegas, NV 89117


Erwin, Donna
7549 Fireoak
Austin, TX 78759


Ethridge, Charles
17015 Dashwood Creek
Pflugerville, TX 78660


Evans Design & Construction
2808 Bee Cave Road

Austin, TX 78746

Exxon
PO Box 688938
Des Moines, IA 50368-8938

Faist, Ronnie and Mike
6407 Cedro Cove
Austin, TX 78731

Ferrellgas
4803 US Hwy 183 South
Austin, TX 78744

FH Globe
3145 Northwoods Pkwy Bldf 100
Norcross, GA 30071

Finlay, David
11001 Casitas Drive
Austin, TX 78717

Fitzgerald, Terri
11000 Pebble Garden
Austin, TX 78739

Fort Dearborn Life Ins. Co.
36788 Eagle Way
Chicago, IL 60678-1367

Franke Consumer Products
Kindred
3215 Payshere Circle
Chicago, IL 60674

Garza, Robin
9102 Dorella
Austin, TX 78736

Gatco
1550 Factor Ave.
San Leandro, CA 94577

Geberit
2100 S. Clearwater Drive
Des Plaines, IL 60018-5999

Gerke, Floyd
2501 Pinewood Terrace
Austin, TX 78757

Giles, Ann
2401 Ridgeview
Austin, TX 78704


Godwin, Janice
6700 Manchaca
Austin, TX 78745


Graham, Seth
9725 North Lake Creek #3134
Austin, TX 78717


GreatGrabz
4535 Domestic Ave. Suite D
Naples, FL 34104


Greenberg, Diana & Sean
811 Barton Springs Rd #520
Austin, TX 78704


Greenberg, Niffer and Mark
811 Barton Springs Rd #520
Austin, TX 78704


Grohe
241 Covington
Bloomingdale, IL 60198


Gruenkemeier, Jens
C/O Dell Computer
1 Dell Way
Round Rock, TX 78682


Hansgrohe, Inc.
1490 Blue Grass Lakes Parkway
Alphanetta, GA 30004


Harrell, Judy
9314 Summer Sky
Austin, TX 78736


Hartmann, Ben
c/o Yenn Construction
125 Schooner
Lakeway, TX 78738


Hellums, Joyce
c/o Ernst and Young
700 Lavaca
Austin, TX 78701

Hermann, Robert
802 Leonard
Austin, TX 78705


Hiatt, Evelyn
3305 Cherry
Austin, TX 78703


Hill, Brian E.
2806 Garwood
Austin, TX 78702


Housewarmers of Westlake
PO Box 162366
Austin, TX 78716


Houston, Dale
2314 Wickersham #407
Austin, TX 78741


Howard, Patricia and Eudean
5851 County Road 292
Early, TX 76802


HP Austin
16802 Barker Springs
Houston, TX 77084


Hunt, Anne
2204 Island Wood
Austin, TX 78733


Hussey, Belinda
900 Mountain View
Pflugerville, TX 78660


Hydro Systems, Inc.
29132 Avenue Paine
Valencia CA 91355


Imperial Credit Corp.
PO Box 200455
Dallas, TX 75320-0455


Inax Corporation
21535 Hawthorne # 103
Torrance, CA 90503


Inhabitation, Inc.
4601 Avenue B

Austin, TX 78751


Inmobiliaria Terrenos Laguneros
8101 Chalk Knoll
Austin, TX 78735


IPI Ventures
3355 West Alabama #110
Houston, TX 77098


Jackson, Susie & Larry
311 Buckeye Trail
La Grange, TX 78645


Jaclo Industries
129 Dermody
Cranford, NJ 07016


Jacuzzi
14525 Monte Vista
Chino, CA 91710


Jason International
8328 MacArthur
North Little Rock, AR 72118


Jaythings, Inc.
805 Cumberland
Austin, TX 78704


JCR Distributors
6400 Maple # 950
Dallas, TX 75235


Jim Martin and Accoc.
5120 Service Center
San Antonio, TX 78218


Jim Rush Green Builder
(Denison, Cathy & Chris)
131 Red Hump
Elgin, TX 78621


John, Kusum
7908 High Hollow
Austin, TX 78750


Jon D. Totz
Totz Ellison & Totz PC
2211 Norfolk #510
Houston, TX 77098

Joseph Fowler Homes, Ltd.
PO Box 5780
Austin, TX 78763


JVJ Hardware
8132 Moberly Lane
Dallas, TX 75227-2311


Kennedy, Suzanne and Mike
c/o Commercial Texas
515 Congress Ave.
Austin, TX 78701


KEYE
10700 Metric
Austin, TX 78758


Khalsa, Shakti
221 Park Lane
Austin, TX 78704


Kindred
3215 Paysphere
Chicago, IL 60674


Kirkpatrick, Charles
7901 Bell Mountain
Austin, TX 78730-2818


Koch, Marc
2812 Clayera
Austin, TX 78748


Koeller, Iris
6915 Thorncliffe
Austin, TX 78731


Kreeger, Keith
2513 Spring
Austin, TX 78703


L Interiors
4411 Spicewood Springs #104
Austin, TX 78759


Lacava Design
6630 West Wrigthwood
Chicago, IL 60707

Lake Travis Builders
12400 Hwy 71 W. # 350-418
Austin, TX 78738


Lance, Kay and Charles
103 Cedar Branch
Georgetown, TX 78628


Land, Rose
5902 Lakeshore
Leander, TX 78645


Lantana Homes
(Vicki and Chris Harris)
9402 Spicewood
Austin, TX 78750


Laterza, Dena
4605 Everest
Austin, TX 78727


League, Karrie
1305 West 22nd
Austin, TX 78705-5332


Lenova
1500 S. Western Ave.
Chicago, IL 60608


Leon Barish
1409 West 6th
Austin, TX 78703


Linkasink
2235 East Rose Garden Loop
Phoenix, AZ 85024


Lochridge, Candy
2943 Westlake Cove
Austin, TX 78746


Longhorn Fire and Safety
10320 Boulder #721
Austin, TX 78726


Lost Art Construction
805 Eberhart
Austin, TX 78745


Low Design Office
1615 Garden

Austin, TX 78702

Lowe's Home Centers
13201 RR 620 Bldg G
Austin, TX 78717-1025

LSP Products Group
PO Box 971440
Dallas, TX 75397-1440

M Monroe Design
Jeffrey Dachis
2618 Wooldridge
Austin, TX 78701

Mach Construction, Inc.
PO Box 1670
Dripping Springs, TX 78620

Mackey, Wendy
3008 Sparkling Brook
Austin, TX 78746

Mainstream Merchant Services
First Data
3820 Mansell Rd  Ste 230
Appharetta, GA 30022

Maislin, Audrey
4503 Eby Lane
Austin, TX 78731

Mandala, Sumana & Naini
7402 Blue Beach Cove
Austin, TX 78759

Maniscalco, Nancy
2000 Kenwood
Austin, TX 78704

Marmoles Exportacion
444 East St. Elmo Unit A-2
Austin, TX 78745

Marotz Cleaning Service
600 S. Bell # 211
Cedar Park, TX 78613

Marshall, Angela
10200 Stellar Cove
Austin, TX 78739

Matthews, Nancy
3300 Southhill Circle
Austin, TX 78703


Maudie's Original
800 S. Lamar
Austin, TX 78704


Maund, Patti and Mark
16 Shaded Way
Round Rock, TX 78664


May, Katie
1511 Rockcliff
Austin, TX 78746


Mayes, John
3912 Ave G
Austin, TX 78751


McCall Custom Homes
PO Box 164164
Austin, TX 78716


McCall Sterling
1008 Wild Basin Ledge
Austin, TX 78746


McCarty, Tom
3208 Fort Worth Trail
Austin, TX 78748


McCullough, Virgil
6011 Shoal Creek
Austin, TX 78757


McElhenney, Ada
3951 Westlake
Austin, TX 78746


McGillicuddy, Sherry
5615 Clay Ave A  #AA
Austin, TX 78756


McLelland, Stan
1711 Cromwell
Austin, TX 78703


McMahon, Mary and Don

6 Pleasant Cove
Austin, TX 78746


McNamara, Robert
3121 22nd
Lubbock, TX 79410


Mercedes Benz Financial
PO Box 9001680
Louisville, KY 40290-1680


Meriwether, Susan
4407 Walhill
Austin, TX 78759


Miller, Forest
9412 Cherokee Place
Leawood, KS 66206


Molina, Ivette and Stefan
10634 Floral Park
Austin, TX 78759


Moran, Bill
6601 Cadera Norte
Austin, TX 78731


Moreno, Alejandro
3683 Lost Creek
Austin, TX 78735


Morrison, Deniese and Tom
8708 Fritsch
Austin, TX 78717


Moshein, Rob
3520 Bee Caves
Westlake Hills, TX 78746


My Austin TV
908 W. Martin Luther King
Austin, TX 78701


Nance, Jean
25601 River Fern Ct.
Leander, TX 78641


Nathan, Terry
2426 Hartford
Austin, TX 78703

Neely Electric
1716 Juniper Ridge Loop
Cedar Park,TX 78630


Nelda Wells Spears
Travis County Tax Collectror
PO Box 149326
Austin, TX 78714-9326


New Austin Plumbing Supply Bldg GP, LLC
c/o William Sullivan
3501 Day Star Cove
Austin, TX 78746


New Austin Plumbing Supply Bldg, Ltd
c/o William Sullivan
3501 Day Star Cove
Austin, TX 78746


Nicholson, Teresa
c/o The Casino Connection
8227 North Lamar
Austin, TX 78753


Noelting, Elizabeth
2100 Cypress Pt. W
Austin, TX 78746


Nostalgic Warehouse
ACME
4661 Monaco St.
Denver, CO 80216


Oceana
215 N. Fourth St.
Jeannette, PA 15644


Office Depot
PO Box 689020
Des Moines, IA 50368-9020


Office Depot (LA)
PO Box 88040
Chicago, IL 60680-1040


Ogiste, Muya
13203 Tortosa Path
Austin, TX 78729


Pauler, Rosemary and Joseph
608 Abbey Glen

Austin, TX 78660


Pepco Sales
8920 N. Royal Lane
Irving, TX 75063


Perry, Glen D.
2804 Rio Grande
Austin, TX 78705


Phil Davis Design
5602 Lakeview
Austin, TX 78734


Pierce, Jo
3107 Eanes Circle
Austin, TX 78746


Pierson, Susanne
7305 Ellaview
Austin, TX 78759


Politte, Jane
1421 Circle Road
Austin, TX 78746


Pomeroy, Harry
500 Leland
Austin, TX 78704


Pool Shower, Inc.
PO Box 1850
80 Midland Overlook
Dallas, GA 30157


Porta Faucets
32333 Forrestal Dr.
Rancho Palos Verdes, CA 90275


Porter, Micah
11616 Birchbark Trail
Austin, TX 78750


Price Pfister
Black and Decker
701 East Joppa
Towson, MD 21286


Prieto, Guillermo
12604 McNelly Trail
Austin, TX 78732

Protis
7212 McNeil # 202
Austin, TX 78729


Provost, Judy
115 E. 5th #300
Austin, TX 78701


Quinn, Mike
7601 Cat Tail Cove
Austin, TX 78750


R. Stuart Bush
4032 Windsor
Dallas, TX 75205


Rachel Mast Design
707 Windsong Trail
Austin, TX 78746


Raiskin, Jordana
5210 Woodview
Austin, TX 78756


Randall, Kit
5601 Jeff Davis
Austin, TX 78756


Rayburn, Claire
2721 N. River Hills Rd.
Austin, TX 78733


Rigsbee, Sharon
6406 Old Harbor
Austin, TX 78739


Rimel, Keri and Travis
2516 Spring
Austin, TX 78703


Roberts Services
PO Box 91981
Austin, TX 78709


Rogers, John
1803 W. Koenig
Austin, TX 78756


Rohl, LLC
3 Parker

Irvine, CA 92618


Roma Steambath, Inc.
16802 Barker Springs #500
Houston, TX 77084


Roper, Kim
2409 Never Bend Cove
Austin, TX 78746


Rotary Club of Austin
304 E. 7th
Austin, TX 78701


Rounds, Laurie and Dwight
4311 Dunning
Austin, TX 78746


Rusty Bannerman
23 Ehrlich
Austin, TX 78746


Sabron Plumbing Co.
2208 N. Celia
Cedar Park, TX 78613


SageQuest
31500 Bainbridge, Ste. 1
Solon, OH 44139


Sally Cardwell Interiors
SMAC Studio
2802 Townes
Austin, TX 78703


Sam's Club
PO Box 965004
Orlando, FL 32896-5004


SAS Institute
11920 Wilson Parke
Austin, TX 78726


Saunders, Connie
106 Arrowhead
Harker Heights, TX 76548


Scott, Phyllis
8005 Parkdale
Austin, TX 78757

Senter Design, Inc.
2608 Thomas
Austin, TX 78703


Sequeira, Edwin
1504 W. 39 1/2
Austin, TX 78756


Serafimov, Alexander
2707 Brindisi Way
Cedar Park, TX 78613


Sheffer-Bracha Tammy
4003 - Ave B
Austin, TX 78751


Shell-Processing Center
PO Box 183019
Columbus, OH 43218


Sheridan, Jeanette
223 Windmill Oaks
Wimberly, TX 78676


Sierra Copper
11522 Pagemill
Dallas, TX 75243


Sigma - American Faucet & Coatings
3280 Corporate View
Vista, CA 92081


Siro Designs
5001 N. Hiatus
Sunrise, FL 33351


Small Business Administration
17319 San Pedro Ave., Ste. 200
San Antonio, TX 78232-1411


Smyth, Rebecca
5008 W. Park
Austin, TX 78731


Southeastern Freight
PO Box 1691
Columbus, SC 29202


Southers, Linda and Frank
3216 Rustic River Cove

Austin, TX 78746


Southwest Sales
4325 W. Sam Houston Pkwy N #120.
Houston, TX 77043


Speakman Co.
PO Box 1
Wilmington, DE 19899-0191


Spector, Larry
4304 Small
Austin, TX 78731


St. Thomas Creations
3A South Middlesex
Monroe Township, NJ 08831


St. Thomas Creations
PO Box 100410
Pasadena, CA 91189-0419


Standish, Barrett
13112 Broughton Way
Austin, TX 78727


Stanke, Joe
7709 Ridgeston
Austin, TX 78731


Steamaster
25 E. Union Ave.
East Rutherford, NJ 07073


Steel Feather Interiors
2800 Waymaker Way #18
Austin, TX 78746


Steve Richmond Fine Homes
5295 W. State Hwy 29
Georgetown, TX 78628


Stevens, Sally
7700 Crandall
Austin, TX 78739


Stevenson, Julie & Tom
4604 Mantle
Austin, TX 78746

Stewart, Jean
930 Acorn
Giddings, TX 78942


Stiles, Carinne
14210 Parkhurst
San Antonio, TX 78232


Stokes, Ed
3313 Barker Hollow Pass
Austin, TX 78739


Stone Forest
213 South St. Francis
Santa Fe, NM 87501


Stordahl, Sandi
11 Rob Roy
Austin, TX 78746


Sullivan, Andrew
3501 Day Star Cove
Austin, TX 78746


Sullivan, Dan
10912 Concho Trail
Austin, TX 78726


Sullivan, Terri M.
3501 Day Star Cove
Austin, TX 78746


Sussman Lifestyle Grp
43-20 34th St.
Long Island, NY 11101


Taleb, Ahmed
1313 Alegria
Austin, TX 78757


Tarragon Homes
11754 Jollyville Rd, #103
Austin, TX 78759


Terry, Eugene
1415 Bonnie Brae
Houston, TX 77006


Terry, Mary & John
303 Stardust
Georgetown, TX 78633

Tewell, Judy
4102 Bennedict
Austin, TX 78746


Texas Comptroller Public Accts
Rev. Acct. Div. - Bky Sec.
PO Box 13528
Austin, TX 78711


Texas Disposal Systems
PO Box 968
Austin, TX 78767


Texas Gas Service
PO box 219913
Kansas City, MO 64121-9913


Texas Protax Austin, Inc.
7333 US Hwy 290E
Austin, TX 78723


The Distribution Point
3242 Moody Parkway
Moody, AL 35004


The Print Shoppe
1811 Capital of TX Hwy. S.
Austin, TX 78746


The Stratum
11044 Research Blvd #A-200
Austin, TX 78759


Thomas, Paul
11618 Anatole Ct.
Austin, TX 78748


Thompson Traders
PO Box 7404
Greensboro, NC 27417


Thornhill, Cathy
300 W. 6th, #1500
Austin, TX 78701


Threadgill, Ryan & Assoc.
8140 N. Mopac #1-270
Austin, TX 78759

Thu, Julie and Chris
3605 Shady Creek Cove
Austin, TX 78746


Tier 1 Group, LLC
400 W. Broade
Leander, TX 78641


Time Warner Cable
PO Box 660097
Dallas, TX 75266


Timeless Construction Serv Inc
120 Betula
Austin,TX 78734


Tomasco, Patty and Don,
107 Swift Current
Austin, TX 78746


Top Knobs, Inc.
170 Township Line Road
Hillsborough, NJ 08844


Top Knobs, Inc.
PO Box 779
Belle Mead, NJ 08502


Tovar, Ed
6905 Mesa
Austin, TX 78731


Toyota Lift of S. Texas
PO Box 678528
Dallas, TX 75267-8528


Trabue, Chip
901 Josephine
Austin, TX 78704


Trust for Andrew James Sullivan
c/o William Sullivan
3501 Day Star Cove
Austin, TX 78746


Trust for William W. Sullivan III
c/o William Sullivan
3501 Day Star Cove
Austin, TX 78746


Twin Lakes Fellowship

1150 S. Bell
Cedar Park, TX 78613


United States Attorney - SBA
601 N.W. Loop 410, Ste. 600
San Antonio, TX 78216


United States Trustee - SBA
903 San Jacinto, Ste. 230
Austin, TX 78701


UPS
Lock Box 577
Carol Stream, IL 60132


Valencia Pipe Co.
28839 Industry
Valencia, CA 91355


VeriCore (Danze)
10115 Kincey #100
Huntersville, NC 28078


Vogue (UK), Ltd.
Units 6-10 Strawberry Ln Ind Estate
West Midlands, WV13 3RS
United Kingdom


Voskov, Ludmila
518 Academy
Austin, TX 78704


VP Real Estate Counsel
Attn: Portfolio Mgt
9830 Colonnade Blvd #600
San Antonio, TX 78230-2239


Wachovia Small Business Capital
SBA Lending Legacy (Roseville)
MAC T7422-012
PO Box 659700
San Antonio, TX 78265


Wampler, Brent
15501 Belfin
Austin, TX 78717


Ward, Pamela
4502 Spanish Oak Trail
Austin, TX 78731

Warmunbd, Aliah
2700 Nueces
Austin, TX 78705


Washington, Jimmy
4213 Ramsey
Austin, TX 78756


Watermark Homes
4208 Avenue D
Austin, TX 78751


Watkins, Taylor
600 Furlong
Austin, TX 78746


Watson, Janita
80 Red River #210
Austin, TX 78701


Weldon, Beth
8713 Mountain Ridge
Austin, TX 78759


Wells Fargo
Business Direct Operations
Attn: Customer Service
PO Box 348750
Sacramento, CA 95834


Wells Fargo Bank
609 Castleridge
Austin, TX 78746


Wells Fargo Bank
Attn: Merchant Services
1200 Montego Way
Walnut Creek, CA 94598


Wells Fargo Business Direct
Attn: Customer Service
PO Box 348750
Sacramento, CA 95834


Wells Fargo Business Direct
Attn: Customer Service
PO Box 348750
Sacramento, CA 95834


Wells Fargo Merchant Services
1307 Walt Whitman Rd
Melville, NY 11747

Wells, Terry
4608 Shoalwood
Austin, TX 78756


Westbrass
2429 East Olympic
Los Angeles, CA 90021


Westview Construction
4909 Westview
Austin, TX 78731


Widenere, M.W.
203 Westbroon
Austin,TX 78746


Wijay & Wijay, L.P.
1903 Carriage Creek Dr.
Friendswood, TX 77546


William W. Sullivan, Jr.
3501 Day Star Cove
Austin, TX 78746


Williams, Beverly
802 Prarie Grass
Georgetown, TX 78633


Wines, Mai
4330 Bull Creek, #4115
Austin, TX 78731


Yonge and Bratton Homes
3204 Hillview Road
Austin, TX 78703


Your Other Warehouse
PO Box 973750
Dallas, TX 75397


Zurich North America
135 S. Lasalle
Dept. 8712
Chicago, IL 60674-8712